RECEIVED
JUL 1 4 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Collins | Civil Action No. 6:16-cv-00518 |
| versus | Judge Rebecca F. Doherty |
| Great Lakes Dredge & Dock Company LLC | Magistrate Judge Carol B. Whitehurst |

**ORDER**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand filed by Plaintiff, Tracy Collins [Rec. Doc. 9] is **GRANTED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this ___14___ day of ___July___, 2016.

Rebecca F. Doherty
United States District Judge